WILLIAM P. BURNHAM, Appellant, *v.* MAYNARD C. EYRE et al., Trading under the Firm Name of PRINCE & WHITELY, Respondents.

*Burnham* v. *Eyre*, 123 App. Div. 777, affirmed.
(Argued October 29, 1909; decided November 16, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 2, 1908, in favor of defendants upon the submission of a controversy under section 1279 of the Code of Civil Procedure as to the ownership of a certain certificate of shares of stock.

*Joseph M. Hartfield* for appellant.

*Alexander H. Jackson* and *Eliot Norton* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.